UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 1, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG 05-0314 PAN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CRYSTAL GERRY MCCAFFERTY, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CRYSTAL GERRY MCCAFFERTY , Case

No.  MAG 05-0314 PAN , Charge  18 USC § 922 (o) , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $_____

    _X_   Unsecured Appearance Bond $ 25,000.00 Co-signed by Father.

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    _X_   (Other) Pretrial Services Supervision

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 1, 2005  at  2:50 p.m.

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal