```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>CRYSTAL GERRY McCAFFERTY,  )<br>  )<br>           Defendant.  )<br>_____) | Mag. No. 05-0314 PAN<br><br>MOTION TO DISMISS COMPLAINT |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff United States of America, by and through Assistant U.S. Attorney Jason Hitt, moves this Honorable Court to vacate the currently-set preliminary hearing date and for an order dismissing the complaint without prejudice against Crystal McCafferty, filed on October 31, 2005, in Mag. Case No. 05-0314 PAN.  Defendant's custody status does not change because she is out of custody.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  This motion is based upon a resolution reached by the parties
2  on the present complaint.  This motion is made without prejudice
3  to the United States later filing charges based upon the facts set
4  forth in the affidavit in support of Mag. No. 05-0314 PAN.
5
6  DATED: November 21, 2005                McGREGOR W. SCOTT
                                           United States Attorney
7
8                                          By /s/Jason Hitt
                                              JASON HITT
9                                             Assistant U.S. Attorney
10
11
12
                                    O R D E R
13
14 APPROVED AND SO ORDERED:
15 DATED: November 21, 2005.
16
17  _____
    DALE A. DROZD
18  UNITED STATES MAGISTRATE JUDGE
19
20 Ddad1/orders.criminal/mccafferty0314.ord
21
22
23
24
25
26                                    2
27
28